JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MIDLAND FUNDING LLC,<br><br>　　　　　Defendant. | Case No. CV 20-5974 FMO (ASx)<br><br><br>**JUDGMENT** |

　　　Pursuant to Federal Rule of Civil Procedure 68 and the Order Entering Judgment Against Defendant Midland Funding LLC, IT IS ADJUDGED THAT:

　　　1. Judgment is hereby entered in favor of Rodriguez and against Midland.

　　　2. Midland shall pay Rodriguez the sum of $4,100.00 plus reasonable attorneys' fees and costs.

Dated this 26th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge